UNITES STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| TRG BUILDERS TN, LLC ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | No. 3:13-cv-1329 |
| ) | Judge Campbell |
| LUSARA, LLC ) | Magistrate Judge Griffin |
| ) | |
| Defendant. ) | |

## ENTRY OF DEFAULT

Pending is Plaintiff's Application for Entry of Default. A review of the record indicates that Plaintiff served Defendants pursuant to pursuant to Fed. R. Civ. P. 4(e)(1), Tenn. R. Civ. P. 4B(6), and Tenn. Code Ann. § 20-2-201 et seq.

On February 25, 2014, the Tennessee Secretary of State served by certified mail a copy of the Summons and Complaint upon Ralph Rugo, Registered Agent for Lusara, LLC (Doc. No. 19 at 2.) On March 25, 2014, the service packet was returned to the Tennessee Secretary of State as "unclaimed." (*Id.*) Further, the record indicates that Defendant has not answered the Complaint, as required by law, or filed any other paper with this Court;

THEREFORE, upon request of plaintiff TRG Builders TN, LLC, default is hereby entered against the defendant, Lusara, LLC as provided in Fed. R. Civ. P. 55(a).

Keith Throckmorton, CLERK