IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRG BUILDERS TN, LLC )
) No. 3-13-1329
v. )
)
LUSARA, LLC )

O R D E R

By order entered March 19, 2014 (Docket Entry No. 18), the initial case management conference was rescheduled to April 29, 2014, at which time no appearance was made on behalf of the defendant. By the time of the scheduled initial case management conference, the plaintiff had filed an application for entry of default (Docket Entry No. 20).

On May 13, 2014, the Clerk entered default against the defendant (Docket Entry No. 21).

By May 27, 2014, the plaintiff shall file a status report, indicating whether it intends to seek default judgment against the defendant and, if so, whether such motion will be under Rule 55(b)(1) or Rule 55(b)(2) of the Federal Rules of Civil Procedure, and when such motion will be filed, and, if not, what action the plaintiff intends to pursue in this case.

The Clerk is directed to mail a copy of this order to Ralph Rugo, Registered Agent for the defendant at 11641 US Highway 19 North, Clearwater, Florida 33764, and to P.O. Box 5147, Largo, Florida 33779, both by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge