IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TRG BUILDERS TN, LLC )
) No. 3-13-1329
v. )
)
LUSARA, LLC )

O R D E R

On June 3, 2014, the plaintiff filed a motion for default judgment (Docket Entry No. 24).

The Clerk is directed to forward the file in this case to the Honorable Todd J. Campbell for his consideration of the plaintiff's motion.

Inasmuch as the defendant has failed to enter an appearance in this case and failed to appear at the initial case management conference and the Clerk has entered default against the defendant, see Docket Entry No. 21, it appears that the defendant does not intend to defend this action.

Therefore, unless otherwise directed by the Court or upon motion of the parties, there will be no further proceedings before the Magistrate Judge in this case.

The Clerk is also directed to mail a copy of this order to the defendant c/o Ralph Rugo, Registered Agent for the defendant at 11641 US Highway 19 North, Clearwater, Florida 33764, and to P.O. Box 5147, Largo, Florida 33779, both by regular, first class mail (only).

It is so ORDERED.

JULIET GRIFFIN
United States Magistrate Judge