# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| TRG Builders TN, LLC, | ) |
| | ) Case No. 3:13-cv-1329 |
| Plaintiff, | ) |
| | ) Judge Campbell |
| v. | ) |
| | ) |
| Lusara, LLC., | ) |
| | ) |
| Defendant | ) |

## DEFAULT JUDGMENT

Pending is Plaintiff's Motion for Default Judgment against Defendant made pursuant Fed R. Civ. P. 55(b)(2) (Docket Entry No. 27). However, with the exception of attorney fees and costs, the motion appears to be for a sum certain such that it can be disposed of by the Clerk pursuant to Fed R. Civ. P. 55(b)(1).

Default was entered by the Clerk on May 13, 2014 (Docket Entry No. 26). Despite having been served and having default entered against it, the Defendant has not answered the complaint. Accordingly default judgment is warranted. The Plaintiff has provided an affidavit establishing a loss of $254,110.71 exclusive of attorney fees, costs and expenses. The Clerk hereby grants Default Judgment in that amount against Defendant Lusara, LLC.

Plaintiff may seek attorney fees and costs from the Court pursuant to Federal Rule of Civil Procedure 54(d)(2). Taxable costs of the case must be sought pursuant to Local Rule 54.01 (a).

s/ *Keith Throckmorton*
Keith Throckmorton
Clerk of Court